**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

February 1, 2019

| | |
|---|---|
| District Court Case No.: | 2:19−cv−00143−TSZ |
| Related Case No(s).: | USBC 12−11284 |
| Bankruptcy/Adversary No.: | 19−S002 |
| Case Title: | DICKERSON V. MERCHANTS CREDIT CORPORATION |

Dear Counsel:

The District Court has received an appeal on a bankruptcy matter. It was filed in this court on **January 31, 2019** and assigned to the Honorable Thomas S. Zilly.

When the Record is complete, Bankruptcy will file the Certificate of Record with District Court. Accordingly, a briefing schedule will be entered and the appeal placed on the court's calendar pursuant to LCR 88(c)(2).

Please be advised that all documents must indicate both the District Court and the Bankruptcy Appeal number.

Sincerely,


William M. McCool, Clerk of Court

  s/Gabriel Traber
  Deputy Clerk



cc:   Bankruptcy Court