UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

DEMETRIUS BERTRAND DICKERSON, SR.,

    Debtor.
_____

DEMETRIUS BERTRAND DICKERSON, SR.,

    Appellant,

v.

MERCHANTS CREDIT CORPORATION,

    Appellee.

C19-143 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Appellee's motion for extension of time, docket no. 7, is GRANTED, and the deadline for appellee to file a response brief is EXTENDED from May 15, 2019, to June 14, 2019. The deadline for appellant to file any reply brief is EXTENDED from May 29, 2019, to July 10, 2019.

(2) The Clerk is DIRECTED to RENOTE this matter for July 12, 2019, and to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of April, 2019.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1